<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Deep Ellum Hostel, LLC | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | Deep Ellum Hostel <br> Booty's Street Food | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 4 9 1 0 9 3 | |

**4. Debtor's address**

**Principal place of business**

2801 Elm Street
Number        Street

Dallas, TX 75226
City                          State    ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State    ZIP Code

**5. Debtor's website (URL)**    https://www.deepellumhostel.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | Deep Ellum Hostel, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  7   2   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ MM / DD / YYYY _____ Case number _____

District _____ When _____ MM / DD / YYYY _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____ MM / DD / YYYY

Case number, if known _____

Debtor    Deep Ellum Hostel, LLC

Case number (if known) _____

Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

_____

| City | State | ZIP Code |
| --- | --- | --- |

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

Contact name  _____

Phone  _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

| Debtor | Deep Ellum Hostel, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/13/2022
              MM/ DD/ YYYY

**X** /s/ Collin Ballard                                    Collin Ballard
Signature of authorized representative of debtor        Printed name

Title                    Manager

| 18. | **Signature of attorney** | **X**    /s/ Scott D. Lawrence | Date  03/13/2022 |
|---|---|---|---|
| | | Signature of attorney for debtor | MM/ DD/ YYYY |

Scott D. Lawrence
Printed name

Wick Phillips Gould & Martin, LLP
Firm name

3131 McKinney Ave Suite 500
Number        Street

Dallas                                    TX        75204
City                                      State     ZIP Code

(214) 692-6200                            scott.lawrence@wickphillips.com
Contact phone                             Email address

24087896                                  TX
Bar number                                State

```
Fill in this information to identify the case:

Debtor name              Deep Ellum Hostel, LLC

United States Bankruptcy Court for the:
                         Northern District of Texas

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AP Deep Ellum LLC c/o Kimberly M.J. Sims Palter Law 8115 Preston Road, Suite 600 Dallas, TX 75225 | | unpaid rent | | | | $58,749.32 |
| 2 | EIDL US Small Business Administration 1545 Hawkins Blvd. 202 El Paso, TX 79925 | | Loan | | | | $150,000.00 |
| 3 | Mitsubishi HC Capital America, Inc. 7808 Creekridge Circle Minneapolis, MN 55439 | | kitchen equipment loan | | | | $3,362.98 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Deep Ellum Hostel, LLC                                     Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Amplify Federal Credit Union
3600 W. Parmer Lane
Austin, TX 78727


AP Deep Ellum LLC
c/o Kimberly M.J. Sims Palter Law
8115 Preston Road, Suite 600
Dallas, TX 75225


Cintas
1801 Big Town Blvd
Mesquite, TX 75149


City of Dallas Controllers Office
Attn: Hotel Occupancy Tax
P. O. Box 139076
Dallas, TX 75313


Firehouse Hostel
Attn: Kent Roth
7217 Brick Slope Path
Austin, TX 78744


Firehouse Lounge
Attn: Kent Roth
7217 Brick Slope Path
Austin, TX 78744


Karl Roth
97824 Crestline Loop
Brookings, OR 97415


Mitsubishi HC Capital America, Inc.
7808 Creekridge Circle
Minneapolis, MN 55439


Texas Comptroller
111 East 17th Street
Austin, TX 78774

Spectrum
8060 Park Lane, Suite 120
Dallas, TX 75231

City of Dallas
1500 Marilla St
Dallas, TX 75201

Atmos
PO Box 740353
Cincinnati, OH 45274

ENGIE Resources
PO Box 17867
San Antonio, TX 78217

8x8, Inc.
675 Creekside Way
Campbell, CA 95008

WIX
500 Terry A Francois Blvd., 6th Floor
San Francisco, CA 94158

GoDaddy
14455 N. Hayden Rd, 219
Scottsdale, AZ 85260

US Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925

Horizon Bank
600 Congress Ave., Suite 400
Austin, TX 78701

Mesa Underwriters Specialty Insurance Co.
40 Wantage Avenue
Branchville, NH 07890


United States Liability Insurance Group
1190 Devon Park Drive
Wayne, PA 19087


Covington Specialty Insurance Co.
945 East Paces Ferry Road, Suite 1800
Atlanta, GA 30326


Office of the Attorney General
300 W. 15th Street
Austin, TX 78701


Metroplex Ice Machines, LLC
2524 White Settlement Road
Fort Worth, TX 76107


NCR Corporation
864 Spring St NW
Atlanta, GA 30308


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Dallas County Tax Assessor
500 Elm Street, Suite 3300
Dallas, TX 75202

Dallas County Central Appraisal District
2949 N. Stemmons Fwy.
Dallas, TX 75247


Securities and Exchange Commission
Headquarters-Secretary of the Treasury
100 F St NE
Washington, DC 20549

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Deep Ellum Hostel, LLC**                                    CASE NO

                                                                      CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 03/13/2022 _____      Signature _____ /s/ Collin Ballard _____
                                                              Collin Ballard, Manager

**United States Bankruptcy Court**
**Northern District of Texas**

In re  **Deep Ellum Hostel, LLC** _____

                                     Debtor(s)

Case No. _____

Chapter         **11**_____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Deep Ellum Hostel, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**03/13/2022**_____
Date

_____**/s/ Scott D. Lawrence**_____

**Scott D. Lawrence**
Signature of Attorney or Litigant
Counsel for _____**Deep Ellum Hostel, LLC**_____
**Bar Number: 24087896**
**Wick Phillips Gould & Martin, LLP**
**3131 McKinney Ave Suite 500**
**Dallas, TX 75204**
**Phone: (214) 420-4671**
**Email: scott.lawrence@wickphillips.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                              CHAPTER   **11**

**Deep Ellum Hostel, LLC**

DEBTOR(S)                                                          CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Kent Roth**<br>7217 Brick Slope Path<br>Austin, TX 78744 | Manager and Member | | 13% Equity |
| **Collin Ballard**<br>208 Sheraton Ave<br>Austin, TX 78745 | Manager and Member | | 13% |
| **Karl Roth and Myra Roth**<br>97824 Crestline Loop<br>Brookings, OR 97415 | Member | | 24% |
| **Dawn Wileman**<br>1303 Moore Street, Unit 203<br>Brookings, OR 97415 | Member | | 2% |
| **James Cozzetto**<br>930 N 90th St<br>Seattle, WA 98103 | Member | | 5% |
| **Alexandra Kabala**<br>5014 Les Chateaux Dr., #228<br>Dallas, TX 75235 | Member | | 1% |
| **Ryan McMaster**<br>5014 Les Chateaux Dr., #228<br>Dallas, TX 75235 | Member | | 1% |
| **Anthony Ward**<br>2647 E Keystone Ct.<br>Spokane, WA 99223 | Member | | 1% |
| **Joseba Zoco**<br>1214 Louisville Ave.<br>St. Louis, MO 63139 | Member | | 2% |
| **William Graves**<br>19007 60th Ave W<br>Lynnwood, WA 98036 | Member | | 1% |
| **Nathan Latka**<br>1005 Mansell Ave Unit B<br>Austin, TX 78702 | Member | | 1% |
| **Frank Glaser**<br>NOLA Brothers Real Estate Management, LLC<br>350 W 18th St., Apt. 4F<br>New York, NY 10010 | Member | | 2% |

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Jason Tacchini**<br>3410A 21st Ave W<br>Seattle, WA 98199 | Member | | 1% |
| **Dan Westley**<br>3410A 21st Ave W<br>Seattle, WA 98199 | Member | | 1% |
| **Alexander Finch**<br>2007 Tillotson Ave<br>Austin, TX 78702 | Member | | 1% |
| **Tom Wallace**<br>3802 W 47th Ave<br>Denver, CO 80211 | Member | | 1% |
| **Jessica Schmelzer**<br>3802 W 47th Ave<br>Denver, CO 80211 | Member | | 1% |
| **Scott Krantz**<br>1507 Sequoia Ct<br>Brookings, SD 57006 | Member | | 1% |
| **Erick Rangel**<br>2828 Lemmon Ave #5151<br>Dallas, TX 75204 | Member | | 2% |
| **Arthur Colker**<br>360 W 22nd St., #12T<br>New York, NY 10011 | Member | | 1% |
| **Bruce Ballard & Patrice Kettner**<br>925 Walnut St<br>Edmonds, WA 98020 | Member | | 2% |
| **Loomis Investment LLC**<br>24725 SE 31st Place<br>Sammamish, WA 98075 | Member | | 3% |
| **The Jared Dell'Ergo Living Trust**<br>856 N Shadowridge Ave<br>Eagle, ID 83616 | Member | | 2% |
| **Shane Logan & Karen Truong**<br>6522 4th Ave NE #35<br>Seattle, WA 98115 | Member | | 1% |
| **Peace Sign Interpreting, LLC**<br>PO Box 64594<br>University Place, WA 98464 | Member | | 1% |
| **Brad N Deana LLC**<br>Coldwell Banker Commercial<br>3333 Capitol Blvd<br>Olympia, WA 98501 | Member | | 1% |
| **The Ryan Hasey Trust**<br>8370 W Cory Ct<br>Boise, ID 83704 | Member | | 2% |
| **Dan Huffine**<br>1809 Barton Hills Dr<br>Austin, TX 78704 | Member | | 2% |

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Jarrid Ranes**<br>104 29th Ave S<br>Seattle, WA 98144 | Member | | 1% |
| **Derek Deeter**<br>2727 W Manor Pl #204<br>Seattle, WA 98199 | Member | | 3% |
| **Elizabeth McPhail**<br>18160 SE 41st Pl<br>Issaquah, WA 98027 | Membr | | 2% |
| **Brandon Lloydd**<br>11204 208th Ave Ct E<br>Bonney Lake, WA 98391 | Member | | 2% |
| **Firehouse Hostel** | Member | | 3% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Manager** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **03/13/2022** _____     Signature: /s/ Collin Ballard _____
                                                  *Collin Ballard, Manager*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: **Deep Ellum Hostel, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date 03/13/2022          _____ /s/ Collin Ballard _____
Collin Ballard
Manager
EIN No.    1   0   9   3

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 03/13/2022          _____ /s/ Scott D. Lawrence _____
Scott D. Lawrence
Attorney

## RESOLUTIONS ADOPTED BY THE MANAGERS OF
## DEEP ELLUM HOSTEL, LLC

### MARCH 11, 2022

The undersigned, being the Managers (the "Managers") of **DEEP ELLUM HOSTEL, LLC,** a Texas Limited Liability Company (the "Company"), pursuant to applicable provisions of the Texas Limited Liability Company Acts and the Company's company agreement (the "LLC Agreement"), hereby unanimously consent to and adopt the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED,** that in the judgment of the Managers that it is desirable and in the best interests of the Company; its creditors, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Northern District of Texas in Dallas (the "Bankruptcy Court"), seeking relief under the provisions of subchapter V of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the Company will seek authority to operate as a debtor in-possession during the resulting chapter 11 case (the "Chapter 11 Case"), and the filing of such petition is authorized hereby.

**RESOLVED,** that the law firm of Wick Phillips Gould & Martin LLP, 3131 McKinney Avenue, Suite 500, Dallas, Texas 75204, be, and hereby is, employed under a retainer as attorneys for the Company in the Chapter 11 Case and for all other relevant purposes.

**RESOLVED,** that Kent Roth and Collin Ballard, the Managers of the Company (collectively, the "Authorized Personnel"), have the power and authority to approve or take any and all actions that the Authorized Personnel deem reasonable, advisable, expedient, convenient, necessary or proper with respect to the Company related to or arising in the Chapter 11 Case.

**RESOLVED,** that the Authorized Personnel are authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Personnel determine.

**RESOLVED,** that the Authorized Personnel are authorized and empowered, on behalf of and in the name of the Company, to execute and file all petitions, affidavits, schedules, lists, requests, motions and other papers and to take any and all actions which they may deem necessary or proper in the Chapter 11 Case.

**RESOLVED,** that the Authorized Personnel are authorized and empowered, on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors, and other professionals to assist the Company in connection with the Case on such terms as the Authorized Personnel deem necessary, proper or desirable.

**RESOLVED,** that the Authorized Personnel are authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and/or perform, such agreements,

instruments, motions, affidavits, applications for approvals, or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in his judgment , necessary, proper, or desirable to prosecute the Chapter 11 Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED,** that the Authorized Personnel are authorized and empowered, on behalf of and in the name of the Company, to cause the Company to incur indebtedness for borrowed money to assist the Company in connection with the Case on such terms as the Authorized Personnel deem necessary, proper or desirable.

**RESOLVED,** that any and all past actions heretofore taken by the Authorized Personnel of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved, and adopted.

**RESOLVED,** that this consent may be signed in any number of counterparts, each of which, taken together, shall constitute one and the same consent and that, once signed, this consent shall be filed with the corporate records of the Company. This consent may be executed by facsimile or pdf signature and a facsimile or pdf signature will constitute an original signature.

[*signature page to follow*]

IN WITNESS WHEREOF, the undersigned executed this Action by Written Consent of the Managers in accordance with the LLC Agreement as of the date first written above.

Kent Roth, Manager
March 11, 2022

Collin Ballard, Manager
March 11, 2022

# Deep Ellum Hostel LLC

Balance Sheet

As of March 11, 2022

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Amplify SBA Funds | 8,405.00 |
| Chase Checking *8717(closed) | 0.00 |
| Chase Checking x2858(closed) | 0.00 |
| Chase Izkina Checking x9638(closed) | 0.00 |
| Chase Savings x2866 | 0.00 |
| Horizon Bank - RRF 4018 | 0.00 |
| Horizon Checking x2304 | 36,703.49 |
| Stripe Bank account (required for Synder) | 0.00 |
| **Total Bank Accounts** | **$45,108.49** |
| Other Current Assets | |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$45,108.49** |
| Fixed Assets | |
| Accum. Amort. - L/H Improvments | -643,747.07 |
| Accum. Depreciation | -22,879.00 |
| Furniture, Fixtures, Equipment | 22,879.87 |
| Leasehold Improvement '16 | 39,876.17 |
| Leasehold Improvement '18 | 350,691.31 |
| Leasehold Improvement '19 | 9,420.07 |
| Leasehold Improvement '21 | 36,388.83 |
| Leasehold Improvement '22 | 1,925.00 |
| Leasehold Improvements '17 | 811,943.94 |
| **Total Fixed Assets** | **$606,499.12** |
| Other Assets | |
| Security Deposit | 28,232.66 |
| **Total Other Assets** | **$28,232.66** |
| **TOTAL ASSETS** | **$679,840.27** |

# Deep Ellum Hostel LLC

Balance Sheet

As of March 11, 2022

|  | TOTAL |
|---|---|
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Credit Cards |  |
| Chase CC | -10,041.24 |
| Credit Card x3974 | 33,931.76 |
| Credit Card x5946 | -23,890.52 |
| **Total Chase CC** | **0.00** |
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities |  |
| Bridge Loan from ATXcursions | 0.00 |
| Loan from Collin Ballard | 0.00 |
| Loan from Firehouse Bar | 212,805.96 |
| Loan from Firehouse Hostel LLC | 120,381.95 |
| Loan from Karl Roth | 308,510.99 |
| Loan from Kent Roth | 8,000.00 |
| Payroll Liabilities | 7,248.66 |
| Rent Settlement | 0.00 |
| **Total Other Current Liabilities** | **$656,947.56** |
| **Total Current Liabilities** | **$656,947.56** |
| Long-Term Liabilities |  |
| EIDL Loan | 149,900.00 |
| PNC Bank National Association | 0.00 |
| PPP Loan- Horizon x6187 | 0.00 |
| PPP Loan-Horizon x1826 | 0.00 |
| SBA Loan 7a Adjustable Rate | 68,061.11 |
| **Total Long-Term Liabilities** | **$217,961.11** |
| **Total Liabilities** | **$874,908.67** |
| Equity |  |
| Opening Balance Equity | 0.00 |
| Owner Distribution (Stipend) | -3,166.66 |

# Deep Ellum Hostel LLC

### Balance Sheet
### As of March 11, 2022

| | TOTAL |
|---|---|
| Partner's Equity | |
| Alexander Finch Equity | 12,500.00 |
| Alexandra Kabala & Ryan McMaster Equity | 25,000.00 |
| Anthony Ward Equity | 12,500.00 |
| Arthur Corker Equity | 12,500.00 |
| Brad and Deana Equity | 12,500.00 |
| Brad Lloyd Equity | 15,000.00 |
| Bruce and Patrice Equity | 30,000.00 |
| Daniel Westley Equity | 12,500.00 |
| Dawn Wileman Equity | 25,000.00 |
| Derek Deeter Equity | 37,500.00 |
| E Mcphail Equity | 25,000.00 |
| Erick Rangel Equity | 25,000.00 |
| James Cozzetto Equity | 50,000.00 |
| Jared Dellergo Equity | 25,000.00 |
| Jason Tacchini Equity | 12,500.00 |
| Jessica Schmelzer Equity | 12,500.00 |
| Joseba Zoco Equity | 25,000.00 |
| Karl & Myra Roth Equity | 305,000.00 |
| Loomis Investments LLC Equity (Jordan Kisor & Allison Braicks) | 37,500.00 |
| Nathan Latka Equity | 12,500.00 |
| Peace Sign Interpreting Services LLC Equity | 12,500.00 |
| Pique Ventures LLC (Dan Huffine) Equity | 50,000.00 |
| RANES ENTERPRISE Equity | 12,500.00 |
| Scott Krantz Equity | 12,500.00 |
| Shane Logan & Karen Truang Equity | 12,500.00 |
| The Ryan Hasey Trust Equity | 25,000.00 |
| Thomas Wallace Equity | 12,500.00 |
| William Grave Equity | 12,500.00 |
| **Total Partner's Equity** | **875,000.00** |
| Retained Earnings | -1,009,671.14 |
| Net Income | -57,230.60 |
| **Total Equity** | **$ -195,068.40** |
| **TOTAL LIABILITIES AND EQUITY** | **$679,840.27** |

# Deep Ellum Hostel LLC

## Statement of Cash Flows
### January - February, 2022

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -39,234.53 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accum. Amort. - L/H Improvments | 9,471.00 |
| Chase CC:Credit Card x5946 | -2,454.32 |
| Loan from Firehouse Hostel LLC | -810.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **6,206.68** |
| **Net cash provided by operating activities** | **$ -33,027.85** |
| INVESTING ACTIVITIES | |
| Leasehold Improvement '22 | -1,925.00 |
| **Net cash provided by investing activities** | **$ -1,925.00** |
| FINANCING ACTIVITIES | |
| SBA Loan 7a Adjustable Rate | -8,400.00 |
| Owner Distribution (Stipend) | -3,166.66 |
| **Net cash provided by financing activities** | **$ -11,566.66** |
| **NET CASH INCREASE FOR PERIOD** | **$ -46,519.51** |
| Cash at beginning of period | 128,662.96 |
| CASH AT END OF PERIOD | **$82,143.45** |

# Deep Ellum Hostel LLC

## Profit and Loss
### January - February, 2022

| | JAN 2022 | FEB 2022 | TOTAL |
|---|---|---|---|
| Income | | | |
| Beverage Sales | 41,423.56 | 44,441.58 | $85,865.14 |
| Lodging Sales | 36,760.60 | 37,533.91 | $74,294.51 |
| State and Local Taxes | -9,801.23 | -4,284.82 | $ -14,086.05 |
| **Total Income** | **$68,382.93** | **$77,690.67** | **$146,073.60** |
| Cost of Goods Sold | | | |
| Beverage COGS | 7,909.15 | 2,580.01 | $10,489.16 |
| Food COGS | 3,004.81 | 3,755.59 | $6,760.40 |
| Hostel COGS | 3,284.89 | 4,450.85 | $7,735.74 |
| **Total Cost of Goods Sold** | **$14,198.85** | **$10,786.45** | **$24,985.30** |
| **GROSS PROFIT** | **$54,184.08** | **$66,904.22** | **$121,088.30** |
| Expenses | | | |
| Advertising & Marketing | 524.83 | 679.47 | $1,204.30 |
| Auto Expense | 356.70 | 198.92 | $555.62 |
| Bank Charges and Fees | 2,768.90 | 1,347.82 | $4,116.72 |
| Computer and Software Expense | 698.27 | 656.13 | $1,354.40 |
| Equipment Rental | 1,400.72 | 1,352.63 | $2,753.35 |
| Hostel Supplies | 3,387.14 | 9,857.96 | $13,245.10 |
| Insurance Expense | 1,460.08 | 1,460.08 | $2,920.16 |
| Legal & Professional Fees | 156.97 | 290.57 | $447.54 |
| Meals | 500.00 | | $500.00 |
| Music and Entertainment | 8,540.81 | 7,445.00 | $15,985.81 |
| Payroll Expenses | 30,982.50 | 26,267.77 | $57,250.27 |
| Permits and License | | 666.00 | $666.00 |
| Rent Expense | 29,374.66 | | $29,374.66 |
| Repairs and Maintenance | 6,798.04 | 1,019.92 | $7,817.96 |
| Travel Expense | | 183.43 | $183.43 |
| Uncategorized Expense | | 9.24 | $9.24 |
| Utilities | 7,919.92 | 4,547.35 | $12,467.27 |
| **Total Expenses** | **$94,869.54** | **$55,982.29** | **$150,851.83** |
| **NET OPERATING INCOME** | **$ -40,685.46** | **$10,921.93** | **$ -29,763.53** |
| Other Expenses | | | |
| Depreciation Expense | 4,735.50 | 4,735.50 | $9,471.00 |
| **Total Other Expenses** | **$4,735.50** | **$4,735.50** | **$9,471.00** |
| **NET OTHER INCOME** | **$ -4,735.50** | **$ -4,735.50** | **$ -9,471.00** |
| **NET INCOME** | **$ -45,420.96** | **$6,186.43** | **$ -39,234.53** |